UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NERYS CABRERA,
          Petitioner,

       v.                                   Civil Action No. 05-10954-WGY

UNITED STATES,
          Respondent.

---

NERYS CABRERA,
          Petitioner,

       v.                                   Civil Action No. 05-10971-WGY

UNITED STATES,
          Respondent.

## ORDER FOR DISMISSAL

YOUNG, C.J.

    In accordance with the Memorandum and Order dated June 6, 2005 directing dismissal of the above captioned cases for the reasons stated therein, it is hereby ORDERED that C.A. 05-10971-WGY and C.A. 05-10954-WGY are dismissed.

                                                      By the Court,

                                                      /s/ Elizabeth Smith
                                                      Deputy Clerk